## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DARREN A. LUNFORD, | ) | 3:08-CV-0233-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 17, 2009 |
| | ) | |
| ROBERT BANNISTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>JENNIFER COTTER</u>     REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

     Plaintiff has filed a Motion for Discovery Conference (Doc. #19) and Defendants have opposed the Motion (Doc. #21).

     Plaintiff's Motion for Discovery Conference (Doc. #19) is **DENIED**.  A Scheduling Order will be issued once the Defendants have answered Plaintiff's Complaint as to Counts 1 and 2.

     **IT IS SO ORDERED.**

                                            LANCE S. WILSON, CLERK

                                            By:    <u>      /s/                                        </u>
                                                        Deputy Clerk