```
                      UNITED STATES DISTRICT COURT
                           DISTRICT OF NEVADA
                             RENO, NEVADA
```

DARREN A. LUNFORD,                    )    3:08-CV-00233-ECR-RAM
                                      )
    Plaintiff,                        )    MINUTES OF THE COURT
                                      )
vs.                                   )    DATE: March 2, 2010
                                      )
BRUCE BANNISTER, CHUCK SCARDIN, D. W. )
NEVEN, GARY GRAHAM, and DR. WULFF,    )
                                      )
    Defendants.                       )
_____)


PRESENT:       EDWARD C. REED, JR.                   U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN          Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                 NONE APPEARING

Counsel for Defendant(s)                 NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On February 11, 2010, the Magistrate Judge filed a Report and Recommendation (#41) recommending that Defendants' Motion for Summary Judgment (#37) on Counts I and II should be granted as to Defendant Scardin and the Motion for Summary Judgment (#37) on Counts I and II should be denied as to Defendants Bannister, Neven, and Graham.

    No objections were timely filed to the Report and Recommendation (#41).  The Report and Recommendation (#41) is well taken and is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY ORDERED** that Defendants' Motion for Summary Judgment (#37) is **GRANTED** on Counts I and II as to Defendant Scardin and is **DENIED** on Counts I and II as to Defendants Bannister, Neven, and Graham.


                                              LANCE S. WILSON, CLERK

                                              By        /s/
                                                    Deputy Clerk