CATHERINE CORTEZ MASTO
Attorney General
LEEANN PHOUTHAVONGSAY
Deputy Attorney General
Nevada Bar No. 9892
Public Safety Division
555 E. Washington Ave., #3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3420
Fax: (702) 486-3773
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DARREN A. LUNFORD,

    Plaintiff,

vs.

BRUCE BANNISTER, et al.

    Defendants.

Case No. 3:08-cv-00233-ECR-RAM

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and AGREED, by and between the parties, Plaintiff DARREN A. LUNFORD, Plaintiff Pro Se, and Defendants R. BRUCE BANNISTER, DWIGHT NEVEN, and GARY GRAHAM, by and through legal counsel, CATHERINE CORTEZ MASTO, Attorney General of the State of Nevada, and LEEANN PHOUTHAVONSAY, Deputy Attorney General, that the above-entitled matter be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

...

Darren A. Lunford v. Bruce Bannister, et al.
Case No. 3:08-cv-00233-ECR-RAM
Stipulation and Order for Dismissal with Prejudice

DATED this 12 day of August, 2010.   DATED this 12th day of August, 2010.

CATHERINE CORTEZ MASTO
Nevada Attorney General

/s/ Darren A. Lunford
DARREN A. LUNFORD, #85337
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
*Plaintiff Pro Se*

By: /s/ LEEANN PHOUTHAVONGSY
LEEANN PHOUTHAVONGSY
Deputy Attorney General
Public Safety Division
*Attorney for Defendant*

## ORDER

The Court having considered the Stipulation submitted by the Parties hereto and good cause appearing therefore,

IT IS HEREBY ORDERED that the above entitled action Case No. 33:08-cv-00233-ECR-RAM, be and is hereby dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

DATED this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

Darren A. Lunford v. Bruce Bannister, et al.
Case No. 3:08-cv-00233-ECR-RAM
Stipulation and Order for Dismissal with Prejudice